UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKAY, | 1:02-cv-06173-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** (Doc. 42) |
| vs. | |
| BRIAN YEE, et al., | **ORDER DENYING REQUESTS FOR INJUNCTIVE RELIEF** (Docs. 39, 40, 41) |
| Defendants. | |

Plaintiff, Jerome Markay ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 16, 2005, the Magistrate Judge filed a Report and Recommendation herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Report and Recommendation were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Report and Recommendation.

//

1

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | <u>de novo</u> review of this case. Having carefully reviewed the
4 | entire file, the Court finds the Report and Recommendation to be
5 | supported by the record and by proper analysis.
6 | Accordingly, IT IS HEREBY ORDERED that:
7 | 1. The Report and Recommendation, filed March 16, 2005, is
8 | ADOPTED IN FULL; and,
9 | 2. Plaintiff's requests for injunctive relief, filed March
10 | 7, 2005 and March 14, 2005, are DENIED.

IT IS SO ORDERED.

**Dated:   May 6, 2005**                    **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE