1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JENNIFER A. NEILL
   Supervising Deputy Attorney General
5  DAVID A. CARRASCO, State Bar No. 160460
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 323-1938
8   Fax: (916) 324-5205

9  Attorneys for Defendants

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  **JEROME MARKAY,**                          1:02-CV-06173-OWW-LJO-P

14                          Plaintiff,       **ORDER GRANTING DEFENDANTS'
                                             REQUEST FOR AN EXTENSION OF
15          v.                               TIME TO RESPOND TO PLAINTIFF'S
                                             REQUEST FOR PRODUCTION OF
16  **B. YEE, et al.,**                          DOCUMENTS AND FIRST SET OF
                                             INTERROGATORIES**
17                          Defendants.
                                             (Document # 45)
18

19          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

20  U.S.C. § 1983.  On May 23, 2005, defendants filed a request for an extension of time to respond to

21  plaintiff's second request for production of documents and first set of interrogatories.  Good cause

22  having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

23  ORDERED that defendants shall be granted an extension of time, to and including June 22, 2005, to

24  complete and serve their responses to plaintiff's second request for production of documents and

25  first set of interrogatories.

26  IT IS SO ORDERED.

27  **Dated:    June 20, 2005**              **/s/ Lawrence J. O'Neill**
    b6edp0                                   UNITED STATES MAGISTRATE JUDGE
28