# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKAY, | CV F   02 6173 OWW LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO EXTEND DISCOVERY DEADLINE (Doc. 46.) |
| BRIAN YEE, et. al., | |
| Defendants. | |

Jerome Markay ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 2, 2005, Plaintiff filed a Motion to Extend the Discovery Deadline from August 5, 2005, to September 5, 2005. However, Plaintiff provides no reasons as to why the extension is necessary. The Motion restates that Defendants have requested more time to respond to Plaintiff's request for production of documents and interrogatories on the basis that two of the Defendants are retired. However, Plaintiff points out that Defendants first set of discovery responses asserted that the Defendants had been transferred. Plaintiff then makes a request to extend the deadline.

1

1    As noted above, the current deadline does not expire until August 5, 2005, which is more
2 than one month away.  Moreover, Plaintiff provides no justification as to why an extension of
3 time is needed.  Accordingly, as Plaintiff has failed to establish good cause, the request for an
4 extension of the discovery deadline is DENIED.

7 IT IS SO ORDERED.
8 **Dated:    June 21, 2005   **                              /s/ Lawrence J. O'Neill
  b9ed48                                                    UNITED STATES MAGISTRATE JUDGE