# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MARKAY,<br><br>               Plaintiff,<br><br>     v.<br><br>BRIAN YEE, et. al.,<br><br>               Defendants. | CV F   02 6173 OWW LJO P<br><br>ORDER DENYING MOTION TO AMEND (Doc. 59.)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN LODGED DOCUMENT TO PLAINTIFF (Doc. 60.) |

   Jerome Markay ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

   On February 8, 2005, this Court issued a Scheduling Order setting fort a discovery deadline of August 5, 2005.

   On August 17, 2005, Plaintiff lodged an Amended Complaint.  On September 2, 2005, the Court directed the Clerk of Court to return the lodged Amended Complaint to Plaintiff because Plaintiff had not requested permission to file the Amended Complaint nor was permission given.

   On September 12, 2005, Plaintiff filed a Motion to Amend, appropriately served Defendants, and lodged a pleading titled "Notice of Motion and Motion to Amend."  This appears to be a list of all the facts Plaintiff seeks to include in the action.   Plaintiff states that he

1  was unaware that he needed to seek permission to file an Amended Complaint because of Rule
2  15.  Plaintiff then requests that the Court construe the filing as timely due to his
3  misunderstanding of the rule.
4       On September 15, 2005, Defendants filed an Opposition to the Motion to Amend as being
5  untimely made.
6       As noted by Defendants, the Court's Scheduling Order provided that the deadline to
7  submit Amended Pleadings was September 5, 2005.  Plaintiff did not move to amend, however,
8  until September 12, 2005.  Although Plaintiff alleges that he misunderstood Rule 15 regarding
9  amended pleadings, the Court finds this justification insufficient to demonstrate good cause.
10 Rule 15 is clear in that a party may amend its pleadings *without leave of court* once as a matter of
11 course at any time before a responsive pleading is served . "Otherwise, a pay may amend only by
12 leave of court."  Rule 15(a), Fed.R.Civ.P. In this case, the "Answer" to the Complaint was filed
13 by Defendants on January 14, 2005.  Thus, Plaintiff must have sought permission to file an
14 Amended Complaint and must have done so prior to the expiration of the Amended Pleadings
15 deadline of September 5, 2005.  He did not.
16      The Court HEREBY ORDERS:
17      1.     The Motion to Amend is DENIED; and
18      2.     The Clerk of Court is DIRECTED to return the lodged document titled "Notice of
19            Motion and Motion to Amend" to Plaintiff.
20 IT IS SO ORDERED.
21 **Dated:   September 27, 2005**          /s/ Lawrence J. O'Neill
   b9ed48                                            UNITED STATES MAGISTRATE JUDGE